UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

           Plaintiff,

  v.

TRIPLE CANOPY INC.,

           Defendants.

Case No. C23-1225-LK

REPORT AND RECOMMENDATION

      Plaintiff Cortez Daundre Jones, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application indicates that he is currently employed, receiving $35,000 monthly; has other income of at least $324,000 over the past twelve months; has received $32,000 in disability, workers compensation or public assistance over the past 12 months, and owns $324,000 in stocks. (*Id.* at 1-2.) Plaintiff describes monthly obligations of $4,000 for transportation, rent, and medical bills, indicates he has no cash on hand or in a bank account, and represents he cannot afford the filing fee due to his medical bills and inability to work due to his disabilities. (*Id.* at 2.)

      After careful consideration of Plaintiff's IFP application, the governing law, and the balance of the record, the Court recommends that Plaintiff's IFP application (dkt. # 1) be

REPORT AND RECOMMENDATION - 1

DENIED because Plaintiff's IFP application fails to demonstrate that he cannot afford the $402.00 filing fee. Plaintiff shall pay the applicable filing fee, or submit a corrected IFP application, within **thirty (30) days** of the Honorable Lauren King's Order adopting this Report and Recommendation. If Plaintiff fails to pay the requisite filing fee, or submit a corrected IFP application, this case may be dismissed. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 8, 2023**.

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until Judge King acts on this Report and Recommendation. The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to Judge King.

Dated this 15th day of August, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2