UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TRIPLE CANOPY INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 2:23-CV-01225-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Michelle L. Peterson. Dkt. No. 4. She recommends denying Mr. Jones' IFP application and directing him to either submit a corrected IFP application or pay the filing fee. *Id.* at 1–2. On September 8, 2023, the Court deferred ruling on Judge Peterson's R&R and permitted Mr. Jones 30 days to file an amended IFP application. Dkt. No. 6 at 2. It cautioned Mr. Jones that his failure to timely submit a revised IFP application would result in the adoption of Judge Peterson's recommendation that he be required to pay the normal filing fee. *Id.*

  Mr. Jones did not file a corrected IFP application. The Court therefore ADOPTS Judge Peterson's R&R, Dkt. No. 4, and ORDERS Mr. Jones to pay the filing fee within 21 days of the

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

date of this Order. If he fails to timely pay the filing fee, the Court will direct the Clerk of Court to close this case. *See Hopkins v. Tacoma Mun. Ct.*, 393 F. App'x 476, 477 (9th Cir. 2010) (affirming dismissal for failure to follow the district court's order to pay the case filing fee). The Clerk is directed to send copies of this Order to Mr. Jones at his last known address[1] and to Judge Peterson.

Dated this 11th day of October, 2023.

Lauren King
United States District Judge

---

[1] The Court also previously warned Mr. Jones that "pro se litigants must keep the Court advised as to their current mailing address," and that "[i]f mail is returned as undeliverable and a pro se plaintiff fails to notify the Court within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute." Dkt. No. 6 at 2 (citing LCR 41(b)(2)). The Court's Order Deferring Ruling Upon Report and Recommendation was returned as unclaimed. Dkt. No. 7 at 1. Even if Mr. Jones pays the filing fee, he must update his address with the Clerk's Office within 60 days of the date of this Order. Failure to do so may result in dismissal of this action without prejudice.

ORDER ADOPTING REPORT AND RECOMMENDATION - 2