UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>TRIPLE CANOPY INC.,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-CV-01225-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court following its October 11, 2023 Order adopting the Report and Recommendation of United States Magistrate Judge Michelle L. Peterson and directing pro se Plaintiff Cortez Jones to pay the usual case filing fee within 21 days. Dkt. No. 9. Because Mr. Jones has failed to timely pay the filing fee or otherwise respond to the Court's Order, the Clerk of Court is directed to close this case. *See id.* at 2; *Hopkins v. Tacoma Mun. Ct.*, 393 F. App'x 476, 477 (9th Cir. 2010) (affirming dismissal for failure to follow the district court's order to pay the case filing fee).

//

//

ORDER OF DISMISSAL - 1

The Clerk is directed to send copies of this Order to Mr. Jones at his last known address and to Judge Peterson.

Dated this 2nd day of November, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2